UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

SHAWN SERRANO, on behalf of
himself and all others similarly situated,

    Plaintiff,

v.                               CASE NO. 3:21-cv-00146-TCB

RIVAS CONTRACTING SERVICES,
LLC, a Georgia Limited Liability
Company; STEPHEN RIVAS, individually,
and JORGE RIVAS JR., individually,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S *UNOPPOSED* MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND STIPULATION FOR DISMISSAL

**THIS MATTER**, having come before this Court on Plaintiff's *Unopposed* Motion for Approval of Settlement Agreement and Stipulation for Dismissal, and the Court having been otherwise duly advised:

**IT IS HEREBY ORDERED AND ADJUDGED** that the Plaintiff's Unopposed Motion for Approval of Settlement Agreement and Stipulation for Dismissal is hereby **GRANTED**.

**DONE AND ORDERED** this 23rd day of March, 2022.

Copies furnished to:  All parties of Record

_____
Timothy C. Batten, Sr.
United States District Judge